# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al.,<br><br>Plaintiffs,<br>v.<br><br>DAVID A. RIVARD, an individual and dba STEEL REINFORCING,<br><br>Defendant. | CASE NO. CV 07-4399 DDP(SSx)<br><br>**RENEWAL OF JUDGMENT** |

The Application of Judgment Creditors for Renewal of Judgment, originally entered by this Court on September 4, 2007, has been considered upon GOOD CAUSE APPEARING, it is ordered that:

1

[PROPOSED] RENEWAL OF JUDGMENT

Judgment Creditors, CALIFORNIA IRONWORKERS FIELD PENSION TRUST, CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND, CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST, CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST, and IRONWORKERS WORKERS' COMPENSATION TRUST, shall have a Renewal of Judgment against Judgment Debtor, DAVID A. RIVARD, an individual and dba STEEL REINFORCING.

Renewal of money judgment against DAVID A. RIVARD, an individual and dba STEEL REINFORCING:

| | | |
|---|---|---|
| | a. Total Judgment | $35,545.35 |
| | b. Costs after Judgment | $0.00 |
| | c. Subtotal (a. and b.) | $35,545.35 |
| | d. Credits after Judgment | $0.00 |
| | e. Subtotal (d. from c.) | $35,545.35 |
| | f. Interest after Judgment | $19,039.41 |
| | g. Fee for filing renewal application | $0.00 |
| | h. Total renewed Judgment (e., f., and g.) | $54,584.76 |

This Renewal of Judgment extends the period of enforceability of the Judgment until 10 years from the date of the Application for Renewal was filed.

DATED: 9/11/2017          Clerk, by _____, Deputy